UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Girmay NEGASI, | Case No.: 26-cv-1858-AGS-VET |
|---|---|
| Petitioner, | **ORDER DENYING HABEAS PETITION (ECF 1)** |
| v. | |
| Jeremy CASEY, et al., | |
| Respondents. | |

Petitioner Girmay Negasi seeks a writ of habeas corpus under 28 U.S.C. § 2241 to release him from immigration custody. For the reasons set out on the record of today's hearing, the habeas petition is **DENIED**. The Clerk will issue a judgment and close this case.

Dated: April 27, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1